IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 1:26-CV-28

CHRISTAL SCHANES,

    Plaintiff,

vs.

UNIVERSITY OF NORTH
CAROLINA SCHOOL OF THE ARTS

    Defendant.

**NOTICE OF REMOVAL**
**28 U.S.C. §§ 1331, 1441, and 1446**

**Forsyth County Superior Court State of North Carolina**
**25-CV-012061-330**

**TO:** The United States District Court for the
Middle District of North Carolina

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 Defendant University of North Carolina School of the Arts respectfully submits this Notice of Removal of the above-captioned case from the Superior Court for Forsyth County, North Carolina (File No. 25-CV-012061-330), to this Honorable Court.

In support of this Notice, Defendant states the following:

### PROCEDURAL BACKGROUND AND RELEVANT ALLEGATIONS

1. Plaintiff Christal Schanes commenced this action by filing a Complaint on October 30, 2025, in the General Court of Justice, Superior Court Division, Forsyth County, North Carolina. The case was docketed as 25-CV-012061-330. Pursuant to 28 U.S.C. § 1446(a), a copy of the state court file is attached as Exhibit 1 and incorporated herein by reference.

2. Plaintiff alleges claims under the FMLA, 29 U.S.C. § 2615, for which she seeks damages and other relief.

## FEDERAL QUESTION JURISDICTION[1]

3. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as it is apparent from Plaintiff's Complaint that this action arises under and presents questions of federal law. Specifically, Plaintiff alleges a claim for "Violations of FMLA for Interference and Retaliation." Accordingly, Defendant may remove the action to this Court. *See* 28 U.S.C. § 1441(a).

## NOTICE OF REMOVAL IS TIMELY

4. The University of North Carolina School of the Arts received a copy of the Complaint by mail on December 12, 2025.

5. No Defendant was served prior to January 12, 2026, the date of this filing.

6. Thus, removal is timely under 28 U.S.C. § 1446(b).

## VENUE

7. Venue is proper because the Middle District of North Carolina includes the Superior Court of Forsyth County, North Carolina, where this suit was originally filed. 28 U.S.C. §§ 1331(a), 1441(a).

---

[1] This Court may exercise supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a).

## UNANIMOUS CONSENT TO REMOVAL

8. Plaintiff's Complaint names only one Defendant, the University of North Carolina School of the Arts.

## NOTICE TO PLAINTIFF AND STATE COURT

9. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served on Plaintiff and filed promptly with the Clerk of the Superior Court for Forsyth County.

## NON-WAIVER OF DEFENSES

10. By filing this Notice of Removal, Defendant does not waive any defenses that may be available to them and expressly reserve all such defenses, objections, motions, and immunities. This includes, but is not limited to, defenses and objections on the basis of lack of personal jurisdiction, subject matter jurisdiction, insufficient service of process, insufficient process, and improper service.

WHEREFORE, Defendant respectfully give notice that the above-styled action pending in the Superior Court for Forsyth County, North Carolina, has been removed therefrom to this Court pursuant to the federal question jurisdiction invoked by Plaintiff's FMLA claims.

This the 12th day of January, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General
NC State Bar No. 53490
achawkins@ncdoj.gov
NC Department of Justice
P.O. Box 629
Raleigh, NC  27602
Tel: 919.716.6927
Fax: 919.716.6764
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Notice of Removal with the Clerk of Court using the CM/ECF system and served the same upon counsel for Plaintiff by electronic mail addressed to:

Elizabeth B. Hilker
300 E. Kingston Ave, Suite 200
Charlotte, NC 28203
ehilker@emplawfirm.com
Telephone: (704) 707-3705
Fax: (336) 724-3335

This the 12th day of January, 2026.

JEFF JACKSON
Attorney General

/s/ Allison C. Hawkins
Allison C. Hawkins
Assistant Attorney General